IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**HARVEY WILLIAM HUGUNIN**                                                                                          **PLAINTIFF**

v.                                            Case No. 4:23-cv-00950-LPR

**BILLY ROY WILSON, Judge, et al.**                                                                          **DEFENDANTS**

## ORDER

Plaintiff Harvey William Hugunin filed this action *pro se*.[1] On October 10, 2023, the Court issued an Order denying Mr. Hugunin's motion to proceed *in forma pauperis* based on Mr. Hugunin's failure to establish his indigency.[2] In the Order, the Court gave Mr. Hugunin 30 days to pay the $402 filing fee.[3] The Court warned Mr. Hugunin that failure to do so would result in the dismissal of his case.[4]

Mr. Hugunin has not complied with, or otherwise responded to, the Court's October 10 Order, and the time for doing so has expired. Accordingly, Mr. Hugunin's Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 13th day of November 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Compl. (Doc. 2).

[2] Order (Doc. 6).

[3] *Id*.

[4] *Id*.